AO 10*
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Dorsey, Jennifer A. | **2. Court or Organization**<br><br>US District Court - Nevada | **3. Date of Report**<br><br>05/14/2014 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐    Amended Report | **6. Reporting Period**<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Equity Partner/Equity Shareholder | Kemp Jones & Coulthard, L.L.P. |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/1/1997 | Kemp Jones & Coulthard, LLP Profit Sharing Plan with former law firm - no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Kemp Jones & Coulthard, L.L.P./ salary, guaranteed payments, and distributions | $202,236.01 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Snell & Wilmer L.L.P. - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Kemp Jones & Coulthard, LLP Profit Sharing Plan | E | Distribution | O | W | | | | | |
| 2. Snell & Wilmer Profit Sharing Plan | E | Interest | L | T | | | | | |
| 3. Horizon Ridge Professional Park, L.P. | B | Interest | K | W | | | | | |
| 4. US Series EE Savings Bonds | A | Interest | J | T | | | | | |
| 5. American Funds Bond Fund of America 529 | A | Interest | K | T | | | | | |
| 6. American Funds Growth Fund of America 529 | A | Interest | K | T | | | | | |
| 7. American Funds Capital World Bond Fund 529 | A | Interest | J | T | | | | | |
| 8. American Funds EuroPacific Growth Fund 529 | A | Interest | J | T | | | | | |
| 9. American Funds New World Fund 529 | A | Interest | J | T | | | | | |
| 10. American Funds US Gov't Sec Fund 529 | A | Interest | J | T | | | | | |
| 11. American Funds Fund of America 529 | A | Interest | J | T | | | | | |
| 12. Trust #1 | | | | | | | | | |
| 13. - Wells Fargo Cash Accounts | A | Interest | L | T | | | | | |
| 14. - Greenhaven Continuous Comm. Index Fund (Y) | | | | | | | | | |
| 15. - US Commodity Index Fund (Y) | | | | | | | | | |
| 16. - Powershares DB US Dollar Index Fund (Y) | | | | | | | | | |
| 17. - Morgan Stanley Cash Accounts | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - NAA 2006-AP1 bond | A | Interest | K | T | | | | | |
| 19. - Chaseflex Trust 2005-1-A5 bond | A | Interest | K | T | | | | | |
| 20. - Banc America FDG 2005-6 bond (Y) | | | | | | | | | |
| 21. - Legg Mason WA Short Duration Municipal Income Fund (Y) | | | | | | | | | |
| 22. - Miami Dade County Special Obligation Municipal Bond | A | Dividend | L | T | | | | | |
| 23. - EV High Yield Municipal Bond Fund (Y) | | | | | | | | | |
| 24. - Western Asset Short Duration Municipal Bond Fund (X) | D | Interest | N | T | | | | | |
| 25. - Western Asset Municpal Bond High Income Fund (Y) | | | | | | | | | |
| 26. - Lord Abbott High Yield Municipal Bond Fund (Y) | | | | | | | | | |
| 27. - Mainstay High Yield Municipal Bond Fund (Y) | | | | | | | | | |
| 28. - Nuveen High Yield Municipal Bond Fund (Y) | | | | | | | | | |
| 29. - Nuveen All-American Municpal Bond Fund (Y) | | | | | | | | | |
| 30. - Enterprise Partners stock | A | Interest | K | T | | | | | |
| 31. - iShares Barclays 3-7 Year Treasury Fund (Y) | | | | | | | | | |
| 32. - ProShares Ultra 7-10 Year Treasury ETF (Y) | | | | | | | | | |
| 33. - ProShares Ultra S&P 500 ETF | A | Dividend | K | T | | | | | |
| 34. - S&P 500 Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - 3M Company stock (Y) | | | | | | | | | |
| 36.   - AmeriGas Partners stock | A | Dividend | J | T | | | | | |
| 37.   - Amphenol Corp. stock | A | Dividend | J | T | | | | | |
| 38.   - Apple, Inc. stock | A | Dividend | J | T | | | | | |
| 39.   - Berkshire Hathaway Class B stock | A | Dividend | J | T | | | | | |
| 40.   - Casey's General Stores stock | A | Dividend | J | T | | | | | |
| 41.   - Cognizant Technology Solutions stock | A | Dividend | J | T | | | | | |
| 42.   - Cohen & Steers Limited Duration stock (Y) | | | | | | | | | |
| 43.   - ConocoPhillips stock | A | Dividend | J | T | | | | | |
| 44.   - CVS Caremark Corp stock | A | Dividend | J | T | | | | | |
| 45.   - Devon Energy stock (Y) | | | | | | | | | |
| 46.   - Diamond Offshore Drilling stock (Y) | | | | | | | | | |
| 47.   - Dorman Products stock | A | Dividend | J | T | | | | | |
| 48.   - Dollar Tree stock (Y) | | | | | | | | | |
| 49.   - Ecolab, Inc. stock | A | Dividend | J | T | | | | | |
| 50.   - El Paso Pipeline Partners stock | A | Dividend | J | T | | | | | |
| 51.   - Enbridge Energy Partners stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Energy Transfer Equity LP stock | A | Dividend | K | T | | | | | |
| 53. - Energy Transfer Partners LP stock | A | Dividend | J | T | | | | | |
| 54. - Enterprise Production Partners LP stock (X) | A | Dividend | K | T | | | | | |
| 55. - EV Energy Partners stock | A | Dividend | J | T | | | | | |
| 56. - Express Scripts Holding Co. stock | A | Dividend | J | T | | | | | |
| 57. - First Trust Tech AlphaDEX ETF | A | Dividend | J | T | | | | | |
| 58. - General Mills Inc. stock | A | Dividend | J | T | | | | | |
| 59. - Genesis Energy, LP stock | A | Dividend | J | T | | | | | |
| 60. - Google, Inc. stock | A | Dividend | J | T | | | | | |
| 61. - Guggenheim Enhanced Short Duration ETF | A | Dividend | J | T | | | | | |
| 62. - Guggenheim S&P 500 Equal Weight ETF | A | Dividend | J | T | | | | | |
| 63. - Halliburton stock | A | Dividend | J | T | | | | | |
| 64. - Intuit Corp stock | A | Dividend | J | T | | | | | |
| 65. - iShares Barclays 1-3 Year Treasury Fund stock | A | Dividend | J | T | | | | | |
| 66. - iShares Barclays Aggregate Bond Fund (Y) | | | | | | | | | |
| 67. - iShares Dow Jones US Real Estate Index Fund (Y) | | | | | | | | | |
| 68. - iShares High Dividend Equity Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - iShares IBoxx High Yield Corporate Fund | A | Dividend | J | T | | | | | |
| 70. - iShares IBoxx Investment Grade Corporate Bond Fund (Y) | | | | | | | | | |
| 71. - iShares S&P Midcap 400 Index Fund (X) | A | Dividend | K | T | | | | | |
| 72. - iShares Dow Jones US Financial Sector Fund (Y) | | | | | | | | | |
| 73. - iShares Core S&P Total US Stock Fund | A | Dividend | J | T | | | | | |
| 74. - Johnson & Johnson stock | A | Dividend | J | T | | | | | |
| 75. - Kellogg Co. stock | A | Dividend | J | T | | | | | |
| 76. - Kimberly Clark Corp stock (X) | A | Dividend | J | T | | | | | |
| 77. - Kinder Morgan Energy Partners, LP stock | A | Dividend | J | T | | | | | |
| 78. - Kinder Morgan Management, LLC stock (Y) | | | | | | | | | |
| 79. - Lincoln Electric Holdings, Inc. stock | A | Dividend | J | T | | | | | |
| 80. - Linn Energy LLC stock | A | Dividend | J | T | | | | | |
| 81. - LKQ Corp. stock (Y) | | | | | | | | | |
| 82. - Magellan Midstream Partners, LP stock | A | Dividend | J | T | | | | | |
| 83. - Markwest Energy Partners | A | Dividend | J | T | | | | | |
| 84. - MS StepUp Autocall on Apple, Inc. stock | A | Dividend | J | T | | | | | |
| 85. - Mastercard, Inc. stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Middleby Corp. stock | A | Dividend | J | T | | | | | |
| 87. - Monro Muffler & Brake stock | A | Dividend | J | T | | | | | |
| 88. - Nike, Inc. stock | A | Dividend | J | T | | | | | |
| 89. - Novo Nordisk A/S stock | A | Dividend | J | T | | | | | |
| 90. - Nustar Energy LP stock (Y) | | | | | | | | | |
| 91. - Oneok Partners, LP stock | A | Dividend | J | T | | | | | |
| 92. - Oracle Corp. stock | A | Dividend | J | T | | | | | |
| 93. - Pepsico, Inc. stock | A | Dividend | J | T | | | | | |
| 94. - Perrigo Co. stock | A | Dividend | J | T | | | | | |
| 95. - Phillips 66 stock | A | Dividend | J | T | | | | | |
| 96. - Plains All American Pipeline, LP stock | A | Dividend | K | T | | | | | |
| 97. - Powershares DB Commodity Index Fund (Y) | | | | | | | | | |
| 98. - Priceline.com stock | A | Dividend | J | T | | | | | |
| 99. - ProShares Ultra Midcap 400 ETF Stock Fund | A | Dividend | K | T | | | | | |
| 100. - Powershares DB US Dollar Index Bullish & Bearish Fund (Y) | | | | | | | | | |
| 101. - Powershares DB Precious Metals Fund (Y) | | | | | | | | | |
| 102. - Regency Energy Partners, LP stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - SPDR S&P Energy ETF (Y) | | | | | | | | | |
| 104.  - SPDR S&P Pharmaceuticals ETF (Y) | | | | | | | | | |
| 105.  - SPDR Consumer Discretionary Select ETF (Y) | | | | | | | | | |
| 106.  - SPDR Industrial Select Sector ETF (Y) | | | | | | | | | |
| 107.  - TJX Companies stock | A | Dividend | J | T | | | | | |
| 108.  - Tupperware Brands Corp. stock | A | Dividend | J | T | | | | | |
| 109.  - United Technologies Corp. stock | A | Dividend | J | T | | | | | |
| 110.  - UBS Securities Autocall on JP Morgan Securities stock(Y) | | | | | | | | | |
| 111.  - Vanguard Materials ETF (Y) | | | | | | | | | |
| 112.  - Wells Fargo & Co. stock | A | Dividend | J | T | | | | | |
| 113.  - Williams Partners, Ltd. stock | A | Dividend | J | T | | | | | |
| 114.  - WMS Industries stock (Y) | | | | | | | | | |
| 115.  - AES Corporation bond (Y) | | | | | | | | | |
| 116.  - Alabama Power Co. bond (Y) | | | | | | | | | |
| 117.  - Alliant Techsystems, Inc. bond (Y) | | | | | | | | | |
| 118.  - American West Airlines SER 00-G bond (Y | | | | | | | | | |
| 119.  - Amerigas Partners, LP bond (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Apache Corp. bond (Y) | | | | | | | | | |
| 121. - Arch Coal, Inc. bond (Y) | | | | | | | | | |
| 122. - AT&T Inc. bond (Y) | | | | | | | | | |
| 123. - Avis Budget Car Rental, LLC bond (Y) | | | | | | | | | |
| 124. - Bank of America Corp. bond (Y) | | | | | | | | | |
| 125. - BE Aerospace, Inc (Y) | | | | | | | | | |
| 126. - Beckton Dickinson bond (Y) | | | | | | | | | |
| 127. - Caterpillar, Inc. bond (Y) | | | | | | | | | |
| 128. - CCO Holdings, LLC bond (Y) | | | | | | | | | |
| 129. - Centurylink, Inc. bond (Y) | | | | | | | | | |
| 130. - Chesapeake Energy Corp. bond (Y) | | | | | | | | | |
| 131. - Cisco Systems, Inc. bond (Y) | | | | | | | | | |
| 132. - Citigroup, Inc. bond (Y) | | | | | | | | | |
| 133. - Continental Airlines 2010-A bond (Y) | | | | | | | | | |
| 134. - Cott Beverages, Inc. bond (Y) | | | | | | | | | |
| 135. - Danaher Corp. bond (Y) | | | | | | | | | |
| 136. - Davita, Inc. bond (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Delta Airlines 2010 bond | A | Interest | J | T | | | | | |
| 138. - Denbury Resources, Inc. corporate bond (Y) | | | | | | | | | |
| 139. - Dover Corp. bond (Y) | | | | | | | | | |
| 140. - Duke Energy Carolinas bond (Y) | | | | | | | | | |
| 141. - Ferrell Gas, LP bond (Y) | | | | | | | | | |
| 142. - Ford Motor Credit bond (Y) | | | | | | | | | |
| 143. - Forest Oil Corp. bond (Y) | | | | | | | | | |
| 144. - Frontier Communications Corp. bond (Y) | | | | | | | | | |
| 145. - General Dynamics Corp. bond (Y) | | | | | | | | | |
| 146. - General Electric Cap Corp. bond (Y) | | | | | | | | | |
| 147. - Graphic Packaging International bond (Y) | | | | | | | | | |
| 148. - HCA Holdings, Inc. bond (Y) | | | | | | | | | |
| 149. - Healthsouth Corporation bond (Y) | | | | | | | | | |
| 150. - Hertz Corporation bond (Y) | | | | | | | | | |
| 151. - Hewlett Packard Co. bond (Y) | | | | | | | | | |
| 152. - Huntsman International, LLC bond (Y) | | | | | | | | | |
| 153. - International Lease Finance Corp. bond (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Iron Mountain, Inc. bond (Y) | | | | | | | | | |
| 155. - JP Morgan Chase & Co. bond (Y) | | | | | | | | | |
| 156. - L-3 Communications bond (Y) | | | | | | | | | |
| 157. - Lamar Media Corp. bond (Y) | | | | | | | | | |
| 158. - Mediacom LLC bond (Y) | | | | | | | | | |
| 159. - Medtronic, Inc bond (Y) | | | | | | | | | |
| 160. - Merck & Co. bond (Y) | | | | | | | | | |
| 161. - Morgan Stanley corporate bond (Y) | | | | | | | | | |
| 162. - Peabody Energy Corporation bond (Y) | | | | | | | | | |
| 163. - Pepsico, Inc. bond (Y) | | | | | | | | | |
| 164. - Perkinelmer, Inc. bond (Y) | | | | | | | | | |
| 165. - PNC Funding Corp. bond (Y) | | | | | | | | | |
| 166. - Polymer Group, Inc. bond (Y) | | | | | | | | | |
| 167. - Praxair, Inc. bond (Y) | | | | | | | | | |
| 168. - Public Service Company of Colorado bond (Y) | | | | | | | | | |
| 169. - Range Resources Corp. bond (Y) | | | | | | | | | |
| 170. - Raytheon Company bond (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - RR Donnelly & Sons Company bond (Y) | | | | | | | | | |
| 172. - SPX Corporation bond (Y) | | | | | | | | | |
| 173. - Suburban Propane Partners bond (Y) | | | | | | | | | |
| 174. - Teekay Corp. bond (Y) | | | | | | | | | |
| 175. - Tenneco, Inc. bond (Y) | | | | | | | | | |
| 176. - ThermoFisher Scientific bond (Y) | | | | | | | | | |
| 177. - Time Warner Cable, Inc. bond (Y) | | | | | | | | | |
| 178. - Transdigm, Inc. bond (Y) | | | | | | | | | |
| 179. - US Bancorp bond (Y) | | | | | | | | | |
| 180. - Verizon Communications bond (Y) | | | | | | | | | |
| 181. - Wal-Mart Stores bond (Y) | | | | | | | | | |
| 182. - Weatherford International bond (Y) | | | | | | | | | |
| 183. - Wells Fargo & Co. bond (Y) | | | | | | | | | |
| 184. - AT&T stock (X) | A | Dividend | J | T | | | | | |
| 185. - Access Midstream Partners LP stock (X) | A | Dividend | J | T | | | | | |
| 186. - Actavis PLC stock (X) | A | Dividend | J | T | | | | | |
| 187. - Ace Ltd stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Aegerion Pharmaceutical Inc. stock (X) | A | Dividend | J | T | | | | | |
| 189. - Affiliated MGRS Group Inc. stock (X) | A | Dividend | J | T | | | | | |
| 190. - Alliance Data Systems Corp. stock (X) | A | Dividend | J | T | | | | | |
| 191. - Altria Group Inc. stock (X) | A | Dividend | J | T | | | | | |
| 192. - Anheuser Busch Inbev stock (X) | A | Dividend | J | T | | | | | |
| 193. - Anixter Intl Inc. stock (X) | A | Dividend | J | T | | | | | |
| 194. - Apache Corp. stock (X) | A | Dividend | J | T | | | | | |
| 195. - Apartment Invt & Mgmt Co A stock (X) | A | Dividend | J | T | | | | | |
| 196. - Artisan Partners Asset Mgmt stock (X) | A | Dividend | J | T | | | | | |
| 197. - BRE Properties Inc A stock (X) | A | Dividend | J | T | | | | | |
| 198. - Bank of America Corp stock (X) | A | Dividend | J | T | | | | | |
| 199. - Bed Bath & Beyond Inc stock (X) | A | Dividend | J | T | | | | | |
| 200. - Boeing Co stock (X) | A | Dividend | J | T | | | | | |
| 201. - Boston Properties stock (X) | A | Dividend | J | T | | | | | |
| 202. - Bristol Myers Squibb Co stock (X) | A | Dividend | J | T | | | | | |
| 203. - Brookdale Senior Living Inc stock (X) | A | Dividend | J | T | | | | | |
| 204. - CBS Corp New Class B shares stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Cigna Corporation Co stock (X) | A | Dividend | J | T | | | | | |
| 206.  - CST Brands Inc Co stock (X) | A | Dividend | J | T | | | | | |
| 207.  - Camden Property Trust stock (X) | A | Dividend | J | T | | | | | |
| 208.  - Capital One Financial Corp stock (X) | A | Dividend | J | T | | | | | |
| 209.  - Celgene Corp stock (X) | A | Dividend | J | T | | | | | |
| 210.  - CenturyLink Inc stock (X) | A | Dividend | J | T | | | | | |
| 211.  - Cimarex Energy Co stock (X) | A | Dividend | J | T | | | | | |
| 212.  - Coach Inc stock (X) | A | Dividend | J | T | | | | | |
| 213.  - Coca Cola Co stock (X) | A | Dividend | J | T | | | | | |
| 214.  - Comcast Corp (NEW) class A stock (X) | A | Dividend | J | T | | | | | |
| 215.  - Community Health Sys Inc NEW stock (X) | A | Dividend | J | T | | | | | |
| 216.  - Con-Way Inc. stock (X) | A | Dividend | J | T | | | | | |
| 217.  - Corrections Corp of Amer NEW stock (X) | A | Dividend | J | T | | | | | |
| 218.  - Cubesmart Com stock (X) | A | Dividend | J | T | | | | | |
| 219.  - DDR Corp Com stock (X) | A | Dividend | J | T | | | | | |
| 220.  - Davita Inc stock (X) | A | Dividend | J | T | | | | | |
| 221.  - Decker Outdoor Corporation stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Walt Disney Hldg Co stock (X) | A | Dividend | J | T | | | | | |
| 223. - Dollar Tree Inc stock (X) | A | Dividend | J | T | | | | | |
| 224. - Drill-Quip Inc stock (X) | A | Dividend | J | T | | | | | |
| 225. - Du Pont El De Nemours & Co stock (X) | A | Dividend | J | T | | | | | |
| 226. - Duke Realty Corp stock (X) | A | Dividend | J | T | | | | | |
| 227. - Du Pont Fabros Technology Inc stock (X) | A | Dividend | J | T | | | | | |
| 228. - EQT Corporation Comp (NEW) stock (X) | A | Dividend | J | T | | | | | |
| 229. - EPR PPTYS Comp stock (X) | A | Dividend | J | T | | | | | |
| 230. -EQT Midstream Ptnrs LP stock (X) | A | Dividend | J | T | | | | | |
| 231. - East West Bancorp stock (X) | A | Dividend | J | T | | | | | |
| 232. - EBAY Inc stock (X) | A | Dividend | J | T | | | | | |
| 233. - Electronic Arts Inc stock (X) | A | Dividend | J | T | | | | | |
| 234. - Envision Healthcare Hldgs Inc stock (X) | A | Dividend | J | T | | | | | |
| 235. - Equity One Inc stock (X) | A | Dividend | J | T | | | | | |
| 236. - Equity Residential stock (X) | A | Dividend | J | T | | | | | |
| 237. - Essex Property Trust Inc stock (X) | A | Dividend | J | T | | | | | |
| 238. - Extra Space Storage Inc stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Exxon Mobil stock (X) | A | Dividend | J | T | | | | | |
| 240. - Fedl Rlty Invt Trust SBI stock (X) | A | Dividend | J | T | | | | | |
| 241. - First Indust Realty Tr Inc stock (X) | A | Dividend | J | T | | | | | |
| 242. - First Republic Bank stock (X) | A | Dividend | J | T | | | | | |
| 243. - Foot Locker Inc stock (X) | A | Dividend | J | T | | | | | |
| 244. - Ford Motor Co NEW stock (X) | A | Dividend | J | T | | | | | |
| 245. - GNC Holdings Inc Comp Class A stock (X) | A | Dividend | J | T | | | | | |
| 246. - General Dynamics Corp stock (X) | A | Dividend | J | T | | | | | |
| 247. - Gilead Science stock (X) | A | Dividend | J | T | | | | | |
| 248. - HCP Inc. stock (X) | A | Dividend | J | T | | | | | |
| 249. - Hartford Fin Sers GRP Inc stock (X) | A | Dividend | J | T | | | | | |
| 250. - Health Care REIT Corp stock (X) | A | Dividend | J | T | | | | | |
| 251. - Hilton Worldwide Holdings Inc stock (X) | A | Dividend | J | T | | | | | |
| 252. - Host Hotel & Resorts Inc stock (X) | A | Dividend | J | T | | | | | |
| 253. - Humana Inc stock (X) | A | Dividend | J | T | | | | | |
| 254. - IDEXX Labs stock (X) | A | Dividend | J | T | | | | | |
| 255. - Incyte Corp stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Intercontinental Exchange Group stock (X) | A | Dividend | J | T | | | | | |
| 257. - Intl Business Machines (IBM) stock (X) | A | Dividend | J | T | | | | | |
| 258. - JP Morgan Chase & Co stock (X) | A | Dividend | J | T | | | | | |
| 259. - Jacobs Engineering Group Inc stock (X) | A | Dividend | J | T | | | | | |
| 260. - Jones Lang LaSalle Inc stock (X) | A | Dividend | J | T | | | | | |
| 261. - Kilroy Realty Corporation stock (X) | A | Dividend | J | T | | | | | |
| 262. - Kraft Food Group Inc stock (X) | A | Dividend | J | T | | | | | |
| 263. - LKQ Corporation stock (X) | A | Dividend | J | T | | | | | |
| 264. - Lasalle Hotel Properties stock (X) | A | Dividend | J | T | | | | | |
| 265. - Eli Lilly & Co stock (X) | A | Dividend | J | T | | | | | |
| 266. - Lincoln Ntl Corp Ind stock (X) | A | Dividend | J | T | | | | | |
| 267. - Lockheed Martin Corp stock (X) | A | Dividend | J | T | | | | | |
| 268. - Lorillard Inc stock (X) | A | Dividend | J | T | | | | | |
| 269. - Macy's Inc stock (X) | A | Dividend | J | T | | | | | |
| 270. - Marathon Petroleum Corp stock (X) | A | Dividend | J | T | | | | | |
| 271. - Medical Properties Trust Inc stock (X) | A | Dividend | J | T | | | | | |
| 272. - Merck & Co Inc NEW comp stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Mondelez Intl Inc comp stock (X) | A | Dividend | J | T | | | | | |
| 274. - NCR Corporation stock (X) | A | Dividend | J | T | | | | | |
| 275. - National Oilwell Varco Inc stock (X) | A | Dividend | J | T | | | | | |
| 276. - Nextera Energy Inc stock (X) | A | Dividend | J | T | | | | | |
| 277. - Occidental Petroleum Corp DE stock (X) | A | Dividend | J | T | | | | | |
| 278. - PG&E Corporation stock (X) | A | Dividend | J | T | | | | | |
| 279. - PPG Industries Inc stock (X) | A | Dividend | J | T | | | | | |
| 280. - PVH Corporation stock (X) | A | Dividend | J | T | | | | | |
| 281. - Pebblebrook Hotel TR stock (X) | A | Dividend | J | T | | | | | |
| 282. - PA Real Estate Investment Trust SBI (X) | A | Dividend | J | T | | | | | |
| 283. - Petsmart Inc stock (X) | A | Dividend | J | T | | | | | |
| 284. - Philip Morris Intl Inc stock (X) | A | Dividend | J | T | | | | | |
| 285. - Pioneer Natural Resources Co stock (X) | A | Dividend | J | T | | | | | |
| 286. - Precision Castparts Corp stock (X) | A | Dividend | J | T | | | | | |
| 287. - Procter & Gamble stock (X) | A | Dividend | J | T | | | | | |
| 288. - Prologis Inc stock (X) | A | Dividend | J | T | | | | | |
| 289. - Prudential Financial Inc stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Public Storage stock (X) | A | Dividend | J | T | | | | | |
| 291. - Puma Biotechnology Inc stock (X) | A | Dividend | J | T | | | | | |
| 292. - Qualcomm Inc stock (X) | A | Dividend | J | T | | | | | |
| 293. - Quest Diagnostics Inc stock (X) | A | Dividend | J | T | | | | | |
| 294. - Quintiles Transnational Hldgs stock (X) | A | Dividend | J | T | | | | | |
| 295. - Ralph Lauren Corp Class A stock (X) | A | Dividend | J | T | | | | | |
| 296. - RamcoGershenson Pptys Inc NEW stock (X) | A | Dividend | J | T | | | | | |
| 297. - Range Resources Corp stock (X) | A | Dividend | J | T | | | | | |
| 298. - Reliance Steel & Alum Co stock (X) | A | Dividend | J | T | | | | | |
| 299. - Retail Pptys Amer Class A stock (X) | A | Dividend | J | T | | | | | |
| 300. - Reynolds American Inc stock (X) | A | Dividend | J | T | | | | | |
| 301. - Royal Dutch Shell PLC Class B (X) | A | Dividend | J | T | | | | | |
| 302. - SL Green Realty CP stock (X) | A | Dividend | J | T | | | | | |
| 303. - St Jude Medical Inc stock (X) | A | Dividend | J | T | | | | | |
| 304. - Sarpeta Therapeutics Inc stock (X) | A | Dividend | J | T | | | | | |
| 305. - Saul Ctrs Inc stock (X) | A | Dividend | J | T | | | | | |
| 306. - Sempra Energy stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Senior HSG PPTY TR SBI stock (X) | A | Dividend | J | T | | | | | |
| 308. - Signature Bank stock (X) | A | Dividend | J | T | | | | | |
| 309. - Simon Property Group stock (X) | A | Dividend | J | T | | | | | |
| 310. - Southern Co stock (X) | A | Dividend | J | T | | | | | |
| 311. - Southwestern Energy Company stock (X) | A | Dividend | J | T | | | | | |
| 312. - Starz Series A stock (X) | A | Dividend | J | T | | | | | |
| 313. - Strategic Htls & Resorts Inc stock (X) | A | Dividend | J | T | | | | | |
| 314. - Sunstone Hotel Investors, Inc stock (X) | A | Dividend | J | T | | | | | |
| 315. - Suntrust BKS stock (X) | A | Dividend | J | T | | | | | |
| 316. -IShares Russell 200 ETF (X) | A | Dividend | J | T | | | | | |
| 317. - IShares US Real Estate ETF (X) | A | Dividend | J | T | | | | | |
| 318. - IShares Interm Credit BD ETF (X) | A | Dividend | J | T | | | | | |
| 319. -IShares S&P US Pfd Stock Index Fund ETF (X) | A | Dividend | J | T | | | | | |
| 320. - IShares MSI USA Min Vol ETF (X) | A | Dividend | J | T | | | | | |
| 321. - Mainstay Def Term Muni Opp stock fund (X) | A | Dividend | K | T | | | | | |
| 322. - Powershares stock fund (X) | A | Dividend | J | T | | | | | |
| 323. -Powershares BD Multi-Sec Energy stock fund (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - SPDR Blackstone GSO Senior Loan stock fund (X) | A | Dividend | J | T | | | | | |
| 325. - Invesco Developing Markets stock fund (X) | A | Dividend | K | T | | | | | |
| 326. - Oakmark International I stock fund (X) | A | Dividend | J | T | | | | | |
| 327. - Neuberger Berman Soc Resp Inst stock fund (X) | A | Dividend | J | T | | | | | |
| 328. - Neuberger Berman Intl Equity stock fund (X) | A | Dividend | J | T | | | | | |
| 329. - Oppenheimer International Growth stock fund (X | A | Dividend | K | T | | | | | |
| 330. - California St. Variable Purpose Gen Obligation Bond (X) | A | Interest | K | T | | | | | |
| 331. - Connecticut St Special Tax Obligation Transportation Bond (X) | A | Interest | K | T | | | | | |
| 332. - DeKalb County GA Water & Sewer Bond (X) | A | Interest | K | T | | | | | |
| 333. - Harris County Cultural Education Bond (X) | A | Interest | K | T | | | | | |
| 334. - Kentucky State Property & Buildings Bond (X) | A | Interest | K | T | | | | | |
| 335. - Los Angeles County Public Works Bond (X) | A | Interest | K | T | | | | | |
| 336. - Metropolitan Transportation Authority NY Bond (X) | A | Interest | K | T | | | | | |
| 337. - Miami-Dade County Transit System Sales Surtax Bond (X) | A | Interest | K | T | | | | | |
| 338. - New York City Transportation Finance Authority Bldg Aid Bond (X) | A | Interest | K | T | | | | | |
| 339. - Ohio State Infrastructure Improvements Bond (X) | A | Interest | K | T | | | | | |
| 340. - Oklahoma Dev Fin Auth St John Health System Bond (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1: This was my position immediately prior to becoming a judge in August 2013.

Part II, line 1: Date listed was approximate date I became eligible to participate in the plan. The plan itself may have had different names due to firm name changes over the past 15 years.

Part VII, line 1: income was from both interest, contributions and employer distributions. Removed the "Exempt" notation from prior reporting.

Part VII, line 54: This asset was owned prior to my nomination but was inadvertently omitted from the 2012 report. Because the asset was previously owned, an amended entry with parenthetical (X) was made in an amended 2013 report. Please let this amendment count as amendment to my 2012 report, also.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer A. Dorsey**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544